UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00338-MOC
(3:19-cr-00036-MOC-DSC-1)

| ABDUL NAFIR BARILFORD, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 1] and on Petitioner's Motion to Hold Case in Abeyance [Doc. 3].

The Court has conducted an initial screening of the petition under the Rules Governing § 2255 Proceedings, Rule 4(b) 28 U.S.C.A. foll. § 2255, and finds: (1) the petition has been signed under penalty of perjury, Rule 2(b)(5), 28 U.S.C.A. foll. § 2255; (2) Petitioner has provided indicia that the petition was timely filed, see § 2255(f); and (3) Petitioner has asserted at least one colorable claim for relief cognizable under § 2255(a). Upon consideration of the motion and the record of prior proceedings, the Court determines that the United States Attorney should file a response to Petitioner's allegations. Id.

Petitioner, however, has moved to hold this action in abeyance pending the issuance of the mandate in United States v. Gary, 954 F.3d 194 (4th Cir. 2020), and to order the Government to respond to Petitioner's motion to vacate within thirty (30) days of the issuance of the Gary mandate. [Doc. 3]. The Government consents to Petitioner's motion. [Id.]. For good cause

shown, the Court will grant this motion.

Petitioner may file a reply to the United States' response pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings. The Court orders that any such reply must be filed within twenty-one (21) days of the United States' response.

**IT IS, THEREFORE, ORDERED** that:

1. Petitioner's Motion to Hold Case in Abeyance [Doc. 3] is **GRANTED**. The Government shall respond to Petitioner's motion to vacate within thirty (30) days of the mandate in United States v. Gary, 954 F.3d 194 (4th Cir. 2020).

2. Any reply filed by Petitioner must be filed within twenty-one (21) days of the Government's response.

Signed: June 24, 2020

Max O. Cogburn Jr.
United States District Judge